IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MURRAY STANFORD,

    Petitioner,                                 No. CIV S-10-438 FCD CHS

    vs.

WARDEN GONZALEZ,

    Respondent.                             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, requests a 30 day extension of time to complete legal research in order to file objections to the Magistrate Judge's Findings and Recommendations filed on July 6, 2011. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 26, 2001 request for an extension of time is granted; and

    2. Petitioner has an additional 30 days, up to and including August 29, 2011, in which to file his objections to the Magistrate Judge's Findings and Recommendations.

DATED: July 29, 2011

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1